UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL ROMO, JR.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　　　　　　　Defendant. | Case No.:  19cv1120-JAH (MSB)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

Counsel for Defendant placed a call to chambers on June 1, 2020 and represented that the parties would like to request a telephonic Discovery Conference with Judge Berg.  Based on the parties' joint request, the Court **ORDERS** as follows:

　　　1.　　The Court **SETS** telephonic Discovery Conference on **June 2, 2020**, at **4:00 p.m.**  Counsel for Defendant is to arrange the joint call to chambers at (619) 557-6632.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2. The parties are to lodge their letter briefs regarding issues to be addressed at the discovery conference, of up to two (2) pages per party, with the Court no later than **June 2, 2020**, at **8:00 a.m.**, by sending them to Judge Berg's efile email address (efile_berg@casd.uscourts.gov).

**IT IS SO ORDERED.**

Dated:  June 1, 2020

Honorable Michael S. Berg
United States Magistrate Judge