UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL ROMO, JR., <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, <br><br> Defendant. | Case No.: 19cv1120-JAH (MSB) <br><br> **ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

After receiving separate calls from counsel for both parties on June 16, 2020 and being informed that all necessary counsel are available and wish to participate, the Court **SETS** a telephonic Discovery Conference on **June 23, 2020**, at **11:00 a.m.** Counsel for Defendant is to arrange the joint call to chambers at (619) 557-6632. The parties are **ORDERED** to lodge with the Court their letter briefs regarding issues to be addressed at the discovery conference, of up to two (2) pages per party, no later than **June 19, 2020**, by sending them to Judge Berg's efile email address (efile_berg@casd.uscourts.gov).

**IT IS SO ORDERED.**

Dated: June 16, 2020

_____
Honorable Michael S. Berg
United States Magistrate Judge