1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            SOUTHERN DISTRICT OF CALIFORNIA

10

11    ISMAEL ROMO, JR.,                      Case No.  19cv1120-JAH (MSB)

12                 Plaintiff,
                                             **ORDER GRANTING JOINT MOTION TO**
13         v.                                **CONTINUE DEADLINE FOR FACT**
                                             **DISCOVERY FOR SPECIFIC PURPOSES**
14    COSTCO WHOLESALE CORPORATION, a
      Washington Corporation; and DOES 1     [ECF NO. 49]
15    through 25, inclusive,

16                 Defendants.

17

18         The parties filed a "Joint Motion to Continue Deadline for Fact Discovery for

19    Specific Purposes," on June 25, 2020. (ECF No. 49.) Plaintiff's counsel explains in

20    her declaration that, the deposition of Isabel Minguer, scheduled for June 9, 2020,

21    at 11:00 a.m. by video conference was unable to proceed due to Defendant's

22    inability to make Ms. Minguer available for deposition.  (ECF No. 49-1 at 6-8.)

23    Counsel further explains that Plaintiff and Defendant have sought records from the

24    SSA since late 2019, but the records produced omitted certain records that the

25    Parties are still seeking them from the SSA.  (Id. at 9.)  Counsel also explains that

26    Plaintiff is still awaiting records relating to his 401k plan and expects to receive the

27    records within the next few days, but may not receive them before June 26, 2020.

28    (Id. at 10.)  Despite their diligence, and in light of the need for additional time to

1 | complete these three items of discovery, the Parties jointly request to continue the

2 | upcoming fact discovery deadline by approximately three weeks to permit time for

3 | (1) scheduling, service of the deposition subpoena, and deposition of Isabel

4 | Minguer, (2) to obtain the additional responsive SSA records, and (3) to obtain the

5 | 401k information.  (ECF No. 49 at 10.)  Based on the foregoing, the Court finds good

6 | cause and **GRANTS** the Joint Motion as follows:

7 |      1.    The deadline for fact discovery shall be extended for three weeks,

8 | until **July 17, 2020**, solely for the purposes of allowing the deposition of Isabel

9 | Minguer to proceed, the production of additional SSA records, and the production

10 | of Plaintiff's 401k information.

11 |     **IT IS SO ORDERED.**

12 | Dated: June 25, 2020

13

14 | _____
             Honorable Michael S. Berg

15 |              United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28