UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL ROMO, JR.,<br><br>            Plaintiff,<br><br>   v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>            Defendants. | Case No.  19cv1120-JAH (MSB)<br><br>**ORDER GRANTING FOURTH JOINT MOTION TO AMEND SCHEDULING ORDER [ECF NO. 51]** |

      The parties filed a "Fourth Joint Motion to Amend Scheduling Order" on July 2, 2020.  (ECF No. 51.)  Plaintiff's counsel explains in her declaration that, the deposition transcripts of all of Plaintiff's treating healthcare provides have not yet been received for review by the Parties' experts. (ECF No. 51-1 at 8.)  Furthermore, one of Plaintiff's experts requested a one-week extension of time within which to complete his report due to a conflict.  (<u>Id.</u> at 9).  Despite their diligence, and considering the need for additional time to prepare and serve initial expert designations and reports, rebuttal designations and reports, and complete expert discovery, the Parties jointly request to continue the upcoming expert discovery deadlines by approximately one to two weeks.  Based on the foregoing, the Court finds good cause and **GRANTS** the Joint Motion as follows:

1. The deadline for initial expert designations is extended from July 6, 2020 to **July 13, 2020.**

2. The deadline for rebuttal expert designations is extended from July 20, 2020 to **August 3, 2020**

3. The deadline for compliance with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure is extended from July 6, 2020 to **July 13, 2020.**

4. The deadline for each party to supplement its disclosure regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(D) is extended from July 20, 2020 to **August 3, 2020.**

5. The deadline to complete all expert discovery is extended from August 21, 2020 to **August 28, 2020.**

**IT IS SO ORDERED.**

Dated: July 2, 2020

Honorable Michael S. Berg
United States Magistrate Judge