UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL ROMO, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>    Defendants. | Case No.  19cv1120-JAH (MSB)<br><br>**ORDER GRANTING FIFTH JOINT MOTION TO AMEND SCHEDULING ORDER [ECF NO. 53]** |

The parties filed a "Fifth Joint Motion to Amend Scheduling Order" on July 17, 2020.  (ECF No. 53.)  Defendant Costco Wholesale Corporation's counsel explains in his declaration that Defendant has been diligently retaining rebuttal experts, at least one of whom has requested an additional week to prepare his rebuttal report.  (ECF No. 53-1 at 5.)  Furthermore, the parties have sought, but not yet received certain correspondence from the Social Security Administration regarding Plaintiff's disability benefits and regarding Plaintiff's 401k plan.  (Id. at 4-5).  Plaintiff's counsel's process server has not yet been able to serve Ms. Minguer with her deposition notice, despite multiple attempts to do so.  (Id. at 4.)  Finally, counsel for both parties have scheduled vacations that prevent them from scheduling expert depositions before August 17, 2020.  (Id. at 5.)

Despite their diligence and considering the need for additional time to complete specific fact discovery, prepare and serve rebuttal designations and reports, and complete expert discovery, the Parties jointly request to (1) continue the deadline for fact discovery from July 17 to August 7, 2020, for the exclusive purposes of allowing the deposition of Isabel Minguer to proceed and to permit the production of additional SSA records and Plaintiff's 401k information, (2) continue the upcoming rebuttal expert designation and disclosure deadline by one week, and (3) continue the expert discovery deadline from August 28 to September 4, 2020. (ECF No. 53 at 5.)   Based on the foregoing, the Court finds good cause and **GRANTS** the Joint Motion as follows:

1. The deadline for fact discovery shall be extended to **August 7, 2020**, solely for the purposes of allowing the deposition of Isabel Minguer to proceed, the production of additional SSA records, and the production of Plaintiff's 401k information.

2. The deadline for rebuttal expert designations is extended from August 3, 2020 to **August 10, 2020.**

3. The deadline for each party to supplement its disclosure regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(D) is extended from August 3, 2020 to **August 10, 2020.**

5. The deadline to complete all expert discovery is extended from August 28, 2020 to **September 4, 2020.**

**IT IS SO ORDERED.**

Dated:  July 21, 2020

Honorable Michael S. Berg
United States Magistrate Judge