UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL ROMO, JR.,<br><br>              Plaintiff,<br><br>   v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>             Defendants. | Case No. 19cv1120-JAH (MSB)<br><br>**ORDER GRANTING SIXTH JOINT MOTION TO AMEND SCHEDULING ORDER**<br>[ECF NO. 57] |

The parties filed a "Sixth Joint Motion to Amend Scheduling Order" on August 7, 2020. (ECF No. 57.) The Parties explain that they have sought records from the Social Security Administration ("SSA") since late 2019, but the records produced omitted certain records and the Parties are still seeking them from the SSA. They also explain that Plaintiff is still awaiting records relating to his 401k plan. In addition, one of Defendant's rebuttal experts, Daniel Einhorn, M.D., requested a one-week extension of time within which to complete his rebuttal report, as he has undergone an emergency medical procedure, which affected his vision. Noting their diligence and considering the need for additional time to complete fact discovery, prepare and serve rebuttal designations and reports, and complete expert discovery, the Parties jointly request to continue the fact discovery deadline by three weeks and the

upcoming expert discovery deadlines by one week.  Based on the foregoing, the Court finds good cause and **GRANTS** the Joint Motion as follows:

    1.    The deadline for fact discovery is extended from August 7, 2020 to **August 21, 2020**, solely for purposes of allowing the production of additional SSA records and Plaintiff's 401k information.

    2.    The deadline for Defendant to serve Dr. Einhorn's rebuttal expert report is extended from August 10, 2020 to **August 17, 2020**.

    **IT IS SO ORDERED.**

Dated:  August 7, 2020

Honorable Michael S. Berg
United States Magistrate Judge