UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL ROMO, JR.,<br><br>                              Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>                              Defendant. | Case No.:  19cv01120 JAH-MSB<br><br>**ORDER VACATING HEARING** |

After a careful review of the parties' submissions, the Court deems Plaintiff's motion for leave to amend the complaint (Doc. No. 54) suitable for adjudication without oral argument. See CivLR 7.1 (d.1).  Accordingly, IT IS HEREBY ORDERED the motion is taken under submission without oral argument and the hearing set for August 19, 2020 is VACATED.  The Court will issue an order in due course.

DATED:     August 14, 2020

_____
JOHN A. HOUSTON
United States District Judge