UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL ROMO, JR.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 19cv1120-JAH (MSB)<br><br>**ORDER GRANTING IN PART SEVENTH JOINT MOTION TO AMEND SCHEDULING ORDER [ECF NO. 62]** |

On August 20, 2020, the parties filed a "Seventh Joint Motion to Amend Scheduling Order." (ECF No. 62.) They ask the Court to continue the fact discovery deadline for the sole purpose of obtaining certain records requested from the Social Security Administration ("SSA") until September 4, 2020, the deadline for expert discovery until September 18, 2020, and the deadline for filing pre-trial motions until October 16, 2020. (Id. at 4-5.) The parties assert that the requested continuance is warranted so that they may obtain the requested SSA records and complete expert depositions. (Id. at 4-5.) Plaintiff's counsel explains in her supporting declaration that the additional records requested from the SSA have not yet been received. (ECF No. 62-1 at 3-4.) She further states that due to the unavailability of counsel, an additional two weeks is necessary to complete expert depositions. (Id. at 4.)

Having considered the joint motion and finding good cause, the Court **GRANTS IN PART** the motion as follows:

1. The deadline for completion of fact discovery is continued from August 21, 2020, until **September 4, 2020**, **for the sole purpose of obtaining the requested SSA records**.

2. The deadline to complete all expert discovery is continued from August 28, 2020, until **September 18, 2020.**

3. The deadline to file pretrial motions in continued from September 11, 2020, until **September 25, 2020**.

All other deadlines and requirements remain as previously set. **In light of the numerous continuances granted in this case, absent exceptional circumstances, the Court is not inclined to grant any further requests to continue Scheduling Order deadlines.**

IT IS SO ORDERED.

Dated: August 24, 2020

Honorable Michael S. Berg
United States Magistrate Judge