UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL ROMO, JR.,<br><br>                                 Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>                                 Defendant. | Case No.:  19cv1120-JAH (MSB)<br><br>**ORDER:**<br>**(1) SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE;**<br>**(2) CONTINUING MANDATORY SETTLEMENT CONFERENCE; AND**<br>**(3) CONVERTING IN-PERSON MANDATORY SETTLEMENT CONFERENCE TO VIDEO CONFERENCE** |

      The Court held a telephonic Case Management Conference on September 2, 2020.  As discussed with the parties at the conference, the Court **SETS** another telephonic Case Management Conference on **September 11, 2020**, at **9:00 a.m.**  Counsel for Plaintiff is to arrange the joint call to chambers at (619) 557-6632.  Due to a conflict on the Court's calendar, the Mandatory Settlement Conference currently scheduled for September 28, 2020 is **CONTINUED** to **December 11, 2020**, at **9:30 a.m.**

      Considering the ongoing public health crisis, the Court **CONVERTS** the in-person MSC to **video conference**.  To facilitate this modification, **IT IS HEREBY ORDERED:**

///

1. The Court will use its official Zoom video conferencing account to hold the MSC.  **IF YOU ARE UNFAMILIAR WITH ZOOM:**  Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1]  Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device).  Participants are encouraged to create an account, install Zoom, and familiarize themselves with Zoom in advance of the MSC.[2] There is a cost-free option for creating a Zoom account.

2. Prior to the start of the MSC, the Court will e-mail each MSC participant an invitation to join a Zoom video conference.  Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.  Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation.  **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**.  Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the MSC begins.

3. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the MSC to ensure that the MSC begins promptly at **9:30 a.m.  The Zoom e-mail invitation may indicate an earlier start time, but the MSC will begin at the Court-scheduled time.**

4. Zoom's functionalities will allow the Court to conduct the MSC as it ordinarily would conduct an in-person MSC.  That is, the Court will begin the MSC with

---

[1]  If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.

[2]  For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started.

all participants joined together in a main session.  After an initial discussion in the main session, the Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[3]  In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence.  Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

5. No later than **December 4, 2020**, counsel for each party shall send an e-mail to the Court at efile_berg@casd.uscourts.gov containing the following:

   a. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

   b. An **e-mail address for each participant** to receive the Zoom video conference invitation; and

   c. A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be able to proceed telephonically instead of by video conference.  (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

6. The parties must lodge their confidential Settlement Conference Statements, conforming to the guidelines set forth in the Scheduling Order in this case, (see ECF No. 12 at 4-5), no later than **December 4, 2020**.

7. All participants shall display the same level of professionalism during the MSC and be prepared to devote their full attention to the MSC as if they were attending in person.  Because Zoom may quickly deplete the battery of a participant's device, each

---

[3] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

8. All procedures and requirements set forth in the Court's order setting MSC, (see ECF No. 12 at 3-5) remain in place, except as explicitly modified by this Order.

**IT IS SO ORDERED.**

Dated:  September 3, 2020

_____
Honorable Michael S. Berg
United States Magistrate Judge